Jackson Lewis LLP
59 Maiden Lane
New York, NY 10038-4502
(212) 545-4000
Peter C. Moskowitz (PM 8845)
Jason A. Zoldessy (JZ 6522)

Attorneys for Defendant
Comprehensive Health Management, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Miguel Aponte, *et al.*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Comprehensive Health Management, Inc.,<br><br>　　　　　Defendant. | 10-CV-4825<br><br>**RULE 7.1 STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Comprehensive Health Management, Inc. ("CHMI") hereby certifies that CHMI is not publicly traded. WellCare Health Plans, Inc. ("WellCare Health") is the only parent/affiliate of CHMI that is publicly traded. CHMI is a wholly-owned subsidiary of The WellCare Management Group, Inc. ("WellCare Management"). WCG Health Management, Inc. owns 100% of WellCare Management. WellCare Health owns 100% of WCG Health Management, Inc. Shares of WellCare Health are publicly traded on the New York Stock

Exchange.  No other publicly held corporation owns 5% or more of CHMI stock.

                             Respectfully submitted,

                             JACKSON LEWIS LLP
                               59 Maiden Lane
                               New York, New York 10038-4502
                               (212) 545-4000

By: _____
                        Peter C. Moskowitz (PM 8845)
                        Jason A. Zoldessy (JZ 6522)

                             ATTORNEYS FOR DEFENDANT

Dated:  July 20, 2010
         New York, New York