```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MIGUEL APONTE

                Plaintiff(s),

- against -

COMPREHENSIVE HEALTH MANAGEMENT, INC.

                Defendant(s).

------------------------------------------------------------x

10 Civ. 4825 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By October 22, 2010, plaintiff shall move for preliminary certificate; opposition by November 16 and reply by November 30.

2. Rule 26(a)(1) disclosures within 21 days. Documentary discovery may proceed.

3. By_____, 201_, _____ shall _____

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on ~~December~~ /0 at /2:30 ~~am~~/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:   New York, New York

9-23-10