# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
BALTIMORE, MD
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DENVER, CO

DETROIT, MI
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MEMPHIS, TN
MIAMI, FL

MILWAUKEE, WI
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW ORLEANS, LA
NEW YORK, NY
NORFOLK, VA
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA

PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN DIEGO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

## MEMO ENDORSED

MY DIRECT DIAL IS: 212-545-4021
MY EMAIL ADDRESS IS: ZOLDESSJ@JACKSONLEWIS.COM

April 5, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-11

**VIA FACSIMILE (212-805-7949)**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Conference adjourned
to: May 23, 2011 @ 11:00 am
from: April 8, 2011
SO ORDERED:
P. KEVIN CASTEL   U.S.D.J.
4-6-11

Re: Aponte et al. v. Comprehensive Health Management, Inc.
Civil Action No. 10 Civ. 4825 (PKC)

Dear Judge Castel:

We represent Defendant Comprehensive Health Management, Inc. in connection with the above-referenced matter, and submit this joint request with the consent of counsel for Plaintiffs, Carlos Leach, Esq. The parties are currently scheduled to attend a Final Pretrial Conference with Your Honor this Friday, April 8th, at 10:30 a.m. However, as Plaintiffs' motions for conditional certification under the FLSA and class certification under Fed. R. Civ. P. 23 are fully briefed and pending, and there are no other scheduled deadlines at this time, we write to respectfully request an adjournment of Friday's conference until after the Court issues its rulings on the motions.

Thank you for your consideration in this regard.

Respectfully submitted,

JACKSON LEWIS LLP

Jason A. Zoldessy

cc: Andrew R. Frisch, Esq. (via facsimile, 954-333-3515)
Carlos Leach, Esq. (via facsimile, 407-420-5956)
Peter C. Moskowitz, Esq.
Emmett F. McGee, Jr., Esq.
Paul A. Mallos, Esq.